AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

E-filing

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District<br>CV 08   3991 |
|---|---|
| DOCKET NO. | DATE FILED |

CV 08 3991 JCS

| PLAINTIFF<br>BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ATLANTIC RECORDING CORPORATION | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK<br>LASHANDA SCOTT | DATE<br>AUG 2 2 2008 |

*U.S.G.P.O. 1982-374-279

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

ORIGINAL

**EXHIBIT A**

# EXHIBIT A

## 171.66.131.20 2008-03-08 17:34:13 EST

| IP Address: 171.66.131.20 2008-03-08 17:34:13 EST | CASE ID# 161809670 |
|---|---|
| P2P Network: GnutellaUS | Total Audio Files: 3881 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Empty Sky | The Rising | 314-292 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| BMG Music | Dave Matthews Band | The Last Stop | Before These Crowded Streets | 257-982 |
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| UMG Recordings, Inc. | Van Morrison | A Sense of Wonder | A Sense Of Wonder | 60-581 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| Atlantic Recording Corporation | Tori Amos | Hey Jupiter | Boys for Pele | 225-950 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Savior | Californication | 174-922 |