Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       dawniell.zavala@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; SONY BMG MUSIC
ENTERTAINMENT; UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; WARNER BROS.
RECORDS INC.; and ATLANTIC
RECORDING CORPORATION

E-filing

JCS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

BMG MUSIC, a New York general partnership;
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; UMG
RECORDINGS, INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a
California corporation; WARNER BROS.
RECORDS INC., a Delaware corporation; and
ATLANTIC RECORDING CORPORATION, a
Delaware corporation,

                    Plaintiffs,

        v.

JOHN DOE,
                    Defendant.

CASE NO. 08          3991

[PROPOSED] ORDER GRANTING
PLAINTIFFS' APPLICATION FOR LEAVE
TO TAKE IMMEDIATE DISCOVERY

1    Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of

2    Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain

4    the identity of Defendant  by serving a Rule 45 subpoena that seeks documents that identify

5    Defendant, including the name, current (and permanent) address and telephone number, e-mail

6    address, and Media Access Control addresses for Defendant.  The disclosure of this information is

7    ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10   under the Copyright Act.

11

12   DATED:_____        By:    _____
                                                United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. _____
#39528 v1