HOLME ROBERTS & OWEN LLP
Dawniell Zavala (State Bar No. 253130)
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 268-2000
Facsimile:     (415) 268-1999
Email:  dawniell.zavala@hro.com

Attorney for Plaintiffs

BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ATLANTIC RECORDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> John Doe, <br><br> Defendant. | Case No.: 3:08-cv-03991 MHP <br><br> Honorable Marilyn H. Patel <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1
2      Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through
3   their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against
4   Defendant John Doe, also identified as ID # 161809670 with IP address 171.66.131.20 2008-03-
5   08 17:34:13 EST, each party to bear its/his or her own fees and costs.  The Clerk of Court is
6   respectfully requested to close this case.
7
8   Dated: January 12, 2009                HOLME ROBERTS & OWEN LLP
9
10                                         By     */s/ Dawniell Zavala*
11                                                Dawniell Zavala
                                                  Attorney for Plaintiffs
12                                                BMG MUSIC; SONY BMG MUSIC
                                                  ENTERTAINMENT; UMG
13                                                RECORDINGS, INC.; VIRGIN
                                                  RECORDS AMERICA, INC.; WARNER
14                                                BROS. RECORDS INC.; and ATLANTIC
                                                  RECORDING CORPORATION
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                          1



NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-03991 MHP
#41978 V1 SAF